UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-00218-F

| | |
|---|---|
| WADE MARTIN,              )<br>          Plaintiff,           )<br>                                      )<br>     v.                              )<br>                                      )<br>DEPUY ORTHOPAEDICS, INC.; DEPUY, INC.;     )<br>DEPUY INT'L, LTD.; JOHNSON & JOHNSON;       )<br>JOHNSON & JOHNSON SERVICES, INC.; and       )<br>JOHNSON & JOHNSON INT'L;                    )<br>          Defendants.       ) | ORDER |

The Clerk of Court is DIRECTED to re-assign this case to another district court judge.

SO ORDERED.

This, the 5th day of May, 2011.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge